# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Newfield Production Company, ) | |
| ) | |
| Plaintiff, ) | **ORDER** |
| ) | |
| vs. ) | |
| ) | Case No.1-16-cv-273 |
| Eight-Eight Oil, LLC, ) | |
| ) | |
| ) | |
| Defendant. ) | |

Before the court is the parties' Stipulation to Amend Scheduling /Discovery Plan (Docket No. 20), wherein the parties seek the court's leave to extend various deadlines set forth in the court's Scheduling Order. (Docket No. 16). The court **ADOPTS** the parties' stipulation. The following deadlines are amended:

1. The parties shall have until February 13, 2017 to move to join additional parties.

2. The parties shall have until February 13, 2017 to file other nondispostive motions.

All other deadlines set forth in the prior scheduling/discovery order shall remain in effect.

**IT IS SO ORDERED.**

Dated this 14h December, 2016.

>  */s/ Charles S. Miller, Jr.*
> Charles S. Miller, Jr., Magistrate Judge
> United States District Court