# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Newfield Production Company, | ) |
| Plaintiff, | ) |
| | ) **ORDER RE SEALED DOCUMENTS** |
| v. | ) |
| Eighty-Eight Oil LLC, | ) |
| | ) Case No.: 1:16-cv-273 |
| Defendants. | ) |

Since summer 2017, both parties have filed multiple motions, memoranda, and hundreds of exhibits under seal. The parties did not seek, nor did the court grant, leave to file any of these documents under seal, as required by D.N.D. Civ. L. R. 5.1(D) and Administrative Policy Governing Electronic Filing and Service section XV(A). The court held a status conference with the parties on November 3, 2017, to discuss the situation. Based on that conference, the Clerk of Court's Office is directed to unseal all documents filed under seal without leave on November 27, 2017.[1] (Doc. Nos. 30, 31, 32, 35, 40, 43, 44, 45, 46, 48, 49, 50, 51). Prior to this date, the parties may make an appropriate motion to keep certain documents, or portions thereof, under seal.

**IT IS SO ORDERED.**

Dated this 3rd day of November, 2017.

/s/ Charles S. Miller, Jr.
Charles S. Miller, Jr., Magistrate Judge
United States District Court

---

[1] Although the court previously instructed the parties such documents would be unsealed in ten days, the court has extended such time at the request of court administration.