# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Newfield Production Company, )<br>)<br>        Plaintiff, )<br>)<br>vs. )<br>)<br>Eighty-Eight Oil, LLC, )<br>)<br>        Defendants. ) | **ORDER RE ADMISSION**<br>**PRO HAC VICE**<br><br>Case No. 1:16-cv273 |

Before the court is a motion for attorney Cindy Dinh to appear *pro hac vice* on plaintiff's behalf. In accordance with D.N.D. Gen. L.R. 1.3(D), attorney Cindy Dinh has affirmed to submit to the Local Rules of the United States District Court for the District of North Dakota and to the jurisdiction of this court in matters of discipline. She has also paid the required admission fees to the office of the Clerk. Accordingly, the motion (Docket No. 61) is **GRANTED**. Attorney Cindy Dinh is admitted to practice before this court in the above-entitled action on behalf of plaintiff.

    **IT IS SO ORDERED.**

    Dated this 22nd day of January, 2018.

                                                         */s/ Charles S. Miller, Jr.*
                                                         Charles S. Miller, Jr.
                                                         United States Magistrate Judge