# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| Newfield Production Company, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | **ORDER RE ADMISSION** |
| | ) | **PRO HAC VICE** |
| vs. | ) | |
| | ) | |
| Eighty-Eight Oil, LLC, | ) | |
| | ) | Case No. 1:16-cv-273 |
| Defendant. | ) | |

Before the court is a motion for attorneys Amir H. Alavi and Demetrios Anaipakos to appear *pro hac vice* on plaintiff's behalf. In accordance with D.N.D. Gen. L.R. 1.3(D), attorneys Amir H. Alavi and Demetrios Anaipakos have affirmed to submit to the Local Rules of the United States District Court for the District of North Dakota and to the jurisdiction of this court in matters of discipline. They have also paid the required admission fees to the office of the Clerk. Accordingly, the motions (Docket No. 63 and 64) are **GRANTED**. Attorneys Amir H. Alavi and Demetrios Anaipakos are admitted to practice before this court in the above-entitled action on behalf of plaintiff.

**IT IS SO ORDERED.**

Dated this 9th day of February, 2018.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr.
United States Magistrate Judge