# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Newfield Production Company, | ) |
| | ) |
| Plaintiff, | )  **ORDER RE ADMISSION** |
| | )  **PRO HAC VICE** |
| vs. | ) |
| | ) |
| Eighty-Eight Oil, LLC, | ) |
| | )  Case No. 1:16-cv-273 |
| Defendant. | ) |

Before the court is a motion for attorney Todd W. Mensing to appear *pro hac vice* on plaintiff's behalf. In accordance with D.N.D. Gen. L.R. 1.3(D), attorney Todd W. Mensing has affirmed to submit to the Local Rules of the United States District Court for the District of North Dakota and to the jurisdiction of this court in matters of discipline. He has also paid the required admission fees to the office of the Clerk. Accordingly, the motion (Docket No. 71) is **GRANTED**. Attorney Todd W. Mensing is admitted to practice before this court in the above-entitled action on behalf of plaintiff

**IT IS SO ORDERED.**

Dated this 13th day of March, 2018.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr.. Magistrate Judge
United States District Court