# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Newfield Production Company, | ) |
| Plaintiff, | ) **ORDER RE ADMISSION** |
| | ) **PRO HAC VICE** |
| vs. | ) |
| Eighty-Eight Oil, LLC, | ) |
| | ) Case No. 1:16-cv-273 |
| Defendants. | ) |

Before the court are motion for attorneys Jane Langdell Robinson, Jason Scott McManis, and Paul Turkevich to appear *pro hac vice* on behalf of plaintiff. In accordance with D.N.D. Gen. L.R. 1.3(D), attorneys Jane Langdell Robinson, Jason Scott McManis, and Paul Turkevich have affirmed to submit to the Local Rules of the United States District Court for the District of North Dakota and to the jurisdiction of this court in matters of discipline. They have also paid the required admission fees to the office of the Clerk. Accordingly, the motions (Docket Nos. 76-78) are **GRANTED**. Attorneys Jane Langdell Robinson, Jason Scott McManis, and Paul Turkevich are admitted to practice before this court in the above-entitled action on behalf of plaintiff.

**IT IS SO ORDERED.**

Dated this 8th day of June, 2018.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court